IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| C-MAC ENVIRONMENTAL GROUP, INC., | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 02-0890-CB-S |
| HUGH V. SLATERY; GENFUND PARTNERS LLC; and GENESIS PARTNERS, L.L.C., | ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on a *Motion for Entry of Default Judgment and to Set Damages* (Tab 15) filed by the Plaintiff on January 30, 2003. A hearing in this regard is hereby set before the undersigned on the **18th day of February, 2003 at 10:00 a.m** in Courtroom 2A of the United States Courthouse, 113 St. Joseph Street, Mobile, Alabama.

**DONE** this the 3d day of February, 2003.

CHIEF DISTRICT JUDGE