IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| C-MAC ENVIRONMENTAL GROUP, INC., | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 02-0890-CB-S |
| | ) |
| HUGH V. SLATERY; GENFUND PARTNERS LLC; and GENESIS PARTNERS, L.L.C., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

The hearing in this matter in regard to the *Motion for Entry of Default Judgment and to Set Damages* is hereby **RESET** for the 5th day of March, 2003 at 2:00 p.m.

**DONE** this the 17th day of February, 2003.

_____
CHIEF DISTRICT JUDGE