IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| C-MAC ENVIRONMENTAL GROUP, INC., ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 02-0890-CB-S |
| HUGH V. SLATERY; GENFUND ) | |
| PARTNERS LLC; and GENESIS ) | |
| PARTNERS LLC, ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

On January 22, 2003, the Clerk of Court entered default against defendants Hugh V. Slatery and Genesis Partners, L.L.C. The Court subsequently held a hearing to determine the amount of damages. In accordance with the Clerk's entry of default and the Court's separate order entered this date setting forth the amount of damages to be awarded, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the plaintiff, C-MAC Environmental Group, Inc., recover of defendant Hugh V. Slatery fifty thousand one and no/100ths ($50,001.00) dollars. It is **FURTHER ORDERED, ADJUDGED and DECREED** that the plaintiff, C-MAC Environmental Group, Inc., recover of defendant Genesis Partners, L.L.C. one and no/100ths ($1.00) dollar.

DONE this the 9th day of April, 2003.

JUDGEMENT ENTERED ON DOCKET
Date 4/9/03
CHARLES R. DIARD, JR., CLERK

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED THIS THE 9th DAY OF April, 2003, JUDGEMENT ENTRY
NO. 11641
CHARLES R. DIARD, JR., CLERK
BY Cathi M. Jennings
DEPUTY CLERK

UNITED STATES DISTRICT JUDGE